UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEROME M. TEATS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:11-0753 |
| ) | Judge Campbell/Bryant |
| VICTOR S. (Torry) JOHNSON, III, ) | Jury Demand |
| et al., ) | |
| ) | |
| Defendants. ) | |

### O R D E R

Plaintiff has filed his motion to allow any and all pleadings filed by plaintiff and served on individual defendants to not have to be served on all other defendants in the case (Docket Entry No. 53). No defendant has responded in opposition to this motion.

Plaintiff's motion is **GRANTED**, as follows. Plaintiff shall file all pleadings, motions and other papers relating to this case with the Clerk and shall serve such papers upon any individual defendant directly affected by such pleading, motion or other paper. All other defendants shall be served electronically through the Court's CM/ECF system.

Any party may seek review of this order upon motion if problems arise in service of plaintiff's filings.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge