IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEROME M. TEATS | ) |
| | ) |
| v. | ) NO. 3-11-0753 |
| | ) JUDGE CAMPBELL |
| VICTOR S. JOHNSON III | ) |
| et al. | ) |

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 101), Plaintiff's Objections thereto (Docket No. 109), and Defendant Wyatt's Response to Plaintiff's Objections (Docket No. 115).

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objections, the Response, and the file. The Objections of the Plaintiff are overruled, and the Report and Recommendation is adopted and approved.

Accordingly, Defendant Wyatt's Motion to Dismiss (Docket No. 74) is GRANTED, and Plaintiff's claims against Defendant Wyatt are DISMISSED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE